IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT

2011 APR 27 P 4: 21

| | |
|---|---|
| PARK STREET IMPORTS, LLC | : |
| Plaintiff, | : Civil Action No. 11-2416 (WJM) |
| v. | : |
| MHW LTD and WESTERN CARRIERS, INC. | : **DISCLOSURE STATEMENT** |
| Defendants. | : |

The undersigned counsel for Park Street Imports, LLC, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here: _____

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Daniel R. Korb, Jr. Esq.

Dated: April 27, 2011

Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Phone: 973-514-1200
Fax:   973-514-1660